# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1048. WHITE v. AMBA 2, LLC.**

After this case was docketed by this court on February 25, 2022, we granted the appellant an extension until April 15, 2022, in which to file her brief and enumerations of error. As of the date of this order, the appellant still has not filed a brief and enumeration of errors. Accordingly, this appeal is hereby **DISMISSED** as abandoned pursuant to Court of Appeals Rules 13 and 23. The appellee's motion to dismiss the appeal is **DENIED AS MOOT**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/04/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*